UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JARRETT,

        Plaintiff,                      Case No.  1:13cv139

v.                                                Hon. Gordon J. Quist

BROOKE SNYDER, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 6, 2014.  The Report and Recommendation was duly served on the parties on November 7, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed November 6, 2014 (dkt. # 95) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order (dkt. #78) is **DENIED**.


Dated:  December 5, 2014                                                             /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE